FILED

11/04/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0349

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| SESSEL SAGORIN, as successor to interest to YELLOWSTONE LODGING, LLC,<br><br>Appellant,<br><br>vs.<br><br>SUNRISE HEATING AND COOLING, LLC, EXCELLENCE HEATING & COOLING, LLC, BRIAN MEDRAIN, ZACK NELSON, DAIKIN NORTH AMERICA, LLC, DAIKIN APPLIED AMERICAS, INC., THERMAL SUPPLY, INC., LATERAL ELECRICAL SERVICES, INC. AMERICAN EXPRESS COMPANY, LESLIE JONGBERG III, d/b/a MONTANA MOBILE MOUNTAIN COOLING SERVICES, DOUG'S CONSTR. AND REPAIR, INC., CHRIS BAKER, JAMIE WRIGHT, TRAVIS JORDAN, SCOTT PHELAN, ESQUIRE, INTERMOUNTAIN LAW, LLC and DODD LAW FIRM, P.C.<br><br>Appellees. | Supreme Court Cause No.<br>DA 21-0349<br><br><br><br>ORDER GRANTING APPELLEES DODD LAW FIRM, P.C. AND SCOTT PHELAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF |

Pursuant to the authority granted under Rule 26(1), M.R.App.P., Appellees Dodd Law Firm, P.C. and Scott Phelan are granted their first thirty-day extension of time through and including **December 8, 2021**, within which to file Appellees Dodd Law Firm, P.C. and Scott Phelan's Answer Brief.

ELECTRONICALLY SIGNED and DATED as indicated below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 4 2021